IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

M.E.B.S., by and through his mother, L.A.B.S. and
I.M., by and through his parents, T.M. and M.M,

      Plaintiffs,

v.                                                                                 CIV 10-1086 BB/GBW

BOARD OF EDUCATION OF THE LAS
VEGAS CITY SCHOOLS, et al.,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGES' PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

Judge Wormuth filed his Proposed Findings and Recommended Disposition on June 1, 2011. *Doc. 40.* At the Fairness Hearing, the parties were advised of their right to file objections to the report and recommendation pursuant to 28 U.S.C. 636(b)(1). *Doc. 38.* In order to expedite the approval of the settlement, however, counsel agreed to waive their right to object. *Id.* Having reviewed the settlement *de novo*, the Court finds it fair, reasonable and in the best interest of the child for the reasons described in the Judge Wormuth's Proposed Findings and Recommended Disposition. *Doc. 40.*

Wherefore,

IT IS HEREBY ORDERED that the Proposed Findings and Recommended Disposition (*Doc. 40*) is ADOPTED.

AS PREVIOUSLY ORDERED (*Doc. 39)*, all claims belonging to Plaintiff arising from the events of August 2008, which were or which could have been brought against the Defendants have been dismissed with prejudice.

IT IS FURTHER ORDERED that the Guardian ad Litem for I.M. is hereby discharged of her duties.

*Bruce D. Black*

THE HONORABLE BRUCE D. BLACK
UNITED STATES DISTRICT JUDGE